In the Matter of the Judicial Settlement of the Final Account of Proceedings of WESTCHESTER TRUST COMPANY as Substituted Trustee of the Trust Created for JULIA A. WOODLAND, Formerly JULIA A. McELROY, under the Last Will and Testament of STELLA A. EAGAN, Deceased. In the Matter of the Judicial Settlement of the Final Account of Proceedings of WESTCHESTER TRUST COMPANY as Substituted Trustee of the Trust Created for ESTELLE A. NICHOLS under the Last Will and Testament of STELLA A. EAGAN, Deceased. In the Matter of the Judicial Settlement of the Final Account of Proceedings of WESTCHESTER TRUST COMPANY as Substituted Trustee of the Trust Created for HARRIETTE A. McGUIRE and VIRGINIA A. McGUIRE under the Last Will and Testament of STELLA A. EAGAN, Deceased. In the Matter of the Judicial Settlement of the Final Account of Proceedings of WESTCHESTER TRUST COMPANY as Substituted Trustee of the Trust Created for HIRAM M. ANDRUS under the Last Will and Testament of STELLA A. EAGAN, Deceased. WESTCHESTER TRUST COMPANY, in Liquidation, Trustee, etc., Appellant; ESTELLE A. NICHOLS, JULIA A. WOODLAND, HARRIETTE A. McGUIRE and HIRAM M. ANDRUS, Respondents.— On appeal from decrees surcharging a trustee for the purchase of mortgage participation certificates on the ground that they constituted an unlawful and improper investment of trust funds, and had been imprudently and improperly made, decrees of the Surrogate's

Court of Westchester county, in so far as appealed from, unanimously affirmed, with costs payable by appellant personally. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.